

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00741-CV

Deidre Elane **SCHAMP**,
Appellant

v.

Edward **MITCHELL**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20583
Honorable Solomon Casseb III, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is REVERSED and this cause is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of this appeal are taxed against Appellee Edward Mitchell.

SIGNED July 22, 2015.

_____
Patricia O. Alvarez, Justice